UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60278-CIV-UNGARO/REID

YAMEL GONZALEZ, individually
and on behalf of all other similarly situated,

       Plaintiff,

vs.

CHRISTAL TRANSPORT, LLC and
ORALDO SOSA,

       Defendants.
_____/

## NOTICE OF JOINT SELECTION OF MEDIATOR

The parties hereby give notice to the Court that a mediation conference in this matter shall be held with Catalina M. Avalos, of Tripp Scott, 110 Southeast 6th St., Fort Lauderdale, FL 33301, 954-525-7500, on Tuesday September 14, 2021 at 9:30 A.M. to be conducted via Zoom, unless circumstances related to the Covid-19 pandemic have changed by September 2021.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| BLACK LAW P.A. | BT LAW GROUP, PLLC |
| *s/ Kelsey K. Black* | *s/ Anisley Tarrangona* |
| Kelsey Black, Fla. Bar No. 079825 | Anisley Tarragona, Fla. Bar No. 51626 |
| 1401 E. Broward Blvd., Ste. 204 | Jason Berkowitz, Fla. Bar No. 55414 |
| Fort Lauderdale, FL 33301 | 3050 Biscayne Blvd., Ste. 205 |
| 954-320-6220 | Miami, FL 33137 |
| kelsey@kkbpa.com | 305-507-8506 |
| Attorney for Plaintiff | anisley@btattorneys.com |
| | jason@btattorneys.com |

1