UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:21-60278-RS

YAMEL GONZALEZ,

    Plaintiff,
vs.

CHRISTAL TRANSPORT, LLC
and ORALDO SOSA,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiffs, Yamel Gonzalez and opt-in plaintiffs Leiner Rodriguez and Jairo Michel Garcia (collectively referred to as "Plaintiffs"), and Defendants, Christal Transport, LLC and Oraldo Sosa (collectively referred to as "Defendants" and together with Plaintiffs, "the Parties"), respectfully submit this Joint Notice of Settlement, and inform the Court as follows:

    1.    The Parties have reached an agreement to resolve all claims against Defendants.

    2.    The Parties are in the process of finalizing a confidential settlement agreement and will be filing a joint motion to approve settlement and to dismiss the case with prejudice with the Court shortly.

    3.    There are currently no upcoming deadlines prior to the September 2021 discovery deadline.

Respectfully submitted,

| | |
|---|---|
| **BLACK LAW P.A.** | **BT LAW GROUP, PLLC** |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 1401 E Broward Blvd. Suite 204 | 3050 Biscayne Blvd., Ste. 205 |
| Fort Lauderdale FL 33301 | Miami, FL 33137 |
| ph-954.320.6220 | ph-305.507.8506 |
| | |
| By: /s/ Cody Shilling | By: _s/Anisley Tarragona_____ |
|     **KELSEY K. BLACK** |     **ANISLEY TARRAGONA** |
|     Florida Bar No. 078925 |     Florida Bar No. 51626 |
|     kelsey@kkbpa.com |     anisley@btattorneys.com |

2

| | |
|---|---|
| **CODY J. SHILLING** | **JASON BERKOWITZ** |
| Florida Bar No. 1010112 | Florida Bar No. 55414 |
| cs@kkbpa.com | jason@btattorneys.com |