UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60278-CV-SMITH
MAGISTRATE JUDGE REID

YAMEL GONZALEZ,

    Plaintiff,

v.

CHRISTAL TRANSPORT, LLC, et al.,

    Defendants.

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court pursuant to the Parties' Joint Motion for Settlement (the "Motion"). [ECF No. 48]. The matter and all related motions have been referred to the undersigned for appropriate rulings. [ECF No. 49]. The parties submitted copies of their Settlement Agreements to the court via electronic mail. The Court has conducted a fairness hearing, considered the terms of the Settlement Agreements and the pertinent portions of the record, and is otherwise fully involved in the premises.

This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve

1

the settlement in order to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, all parties were represented by counsel. Further, the terms of the three Settlement Agreements, including the amount to be received by Plaintiff and opt-in Plaintiffs and the attorneys' fees and costs, appear to be reasonable. Thus, this Court finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes.

Accordingly, the Parties' Motion, [ECF No. 48], is hereby **GRANTED**, the Settlement Agreements are **APPROVED**, and this action, in its entirety, is **DISMISSED** with prejudice. The Court shall retain jurisdiction over this case to enforce the terms of the Settlement Agreements for a period of thirty days.

DONE AND ORDERED in chambers, at Miami, Florida on this 27th day of August, 2021.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:     **All Counsel of Record**